(THIRD DEPARTMENT, JULY, 1984)

(July 2, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCOTT W. HARRIS, Petitioner, v JAMES CROWLEY, as Superintendent of Camp Monterey, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied (*People ex rel. Lane v Vincent,* 32 NY2d 940). Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.